IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | | |
|---|---|---|
| XMISSION, L.C., a Utah company, | : | |
| Plaintiff, | | NOTICE OF RECUSAL |
| | : | |
| vs. | | |
| | : | |
| ADGENICS (DBA AGSTRACKER.COM), a Florida company, and DOES 1-5, | | |
| | : | Case No. 2:17 CV 73 |
| Defendants. | | |

I recuse myself in this case, and ask that the appropriate assignment card equalization be drawn by the clerk's office.

DATED this 30th day of January, 2017.

BY THE COURT:

*(signature: Tena Campbell)*

TENA CAMPBELL
U. S. District Court Judge

**Case randomly reassigned to District Judge Robert J. Shelby